```
___ FILED    ___ ENTERED
___ LOGGED   ✗✗ RECEIVED

DEC 2 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
```

In The United States District Court For The District of Maryland

United States of America

V.   Criminal No. ABA-25-0352

David Turner

## Motion to Dismiss Indictment, Unlawful Delay

I was arrested for the crime accused and brought to this jurisdiction December of 2024. A grand jury of this court indicted me more than 300 days after my detainment in its jurisdiction as not allowed by 18 USCS 3161 Section (b). There is no lawful reason for the delay. The indictment needs to be dismissed with prejudice as 18 USCS 3161 Section (d)(1) is in violation of the 6th amendment which protects the accused from lengthy detainment before trial and any law violating this right may not be legally enforced.

I ask the court:
A. Dismiss the indictment with prejudice for willful failure to provide a constitutional trial.

## Certificate of Service

I hereby certify that a hand written copy of this document was sent to the government's attorney

by mail on November 27 2025

*[signature]*

David Turner 4458000
401 East Madison St
Baltimore, MD 21202
DavidTurner4458000legalmail@gmail.com