FILED     ENTERED
LOGGED _____ RECEIVED

MAR 27 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States District Court For BMarty, District Of Maryland

United States of America

V                                      No. ABA-25-0352

David Turner

Second Motion To Strike Standby Counsel: Misconduct

Prior to February 16th I told Standby Counsel (SC) not to participate in my case or not to share my discovery with others. Case law states that SC may only participate with the defendants blessing. Sedira Banan and Andrew Szekely disobeyed my wishes setting up meetings and forcing an evaluation by obligation, not order, of the court on March 13th with a non federal evaluator George Corvin who had extensive knowledge of my discovery and personal details meaning SC breached confidentiality, talking my case. Counsel is dismissive, belittling, and racist, disregarding everything I ask. The pair should be fired and at the least struck from this case as the misconduct has irreparably damaged our relationship.

WHEREFORE I ask the Court:

A: Strike Standby Counsels appearance.

B: Order all records obtained or held by standby counsel for this case be suppressed and returned to me.

I solemnly affirm all statements in this document are true to the best of my knowledge.

1 of 2

<u>Certificate of Service</u>

I hereby certify a copy of this document was sent
to the governments attorney by mail on 3/17/2026

David Turner 445800 401 E Madison St Baltimore MD 21202
David Turner 445800 legalmail @gmail.com

2 of 2