United States District Court For The District Of Maryland

United States of America

v

David Turner

No. ABA-25-0352

FILED ____ ENTERE
____ LOGGED ___ RECEIVE
MAR 30 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
D. STRICT OF MARYLAND
BY                          DEPUTY

Second Motion To Strike Standby Counsel (SC): Misconduct

Prior to February 16th I told SC not to participate in my case or share my discovery with others. Case law states that SC may only participate with the defendants blessing. Sedira Banan and Andrew Szekely disobeyed my wishes, setting up meetings and forcing an evaluation by obligation, not order, of the court on March 13th with a non federal evaluator George Corvin who had extensive knowledge of my discovery and personal details meaning SC breached confidentiality, hurting my case. SC is dismissive, belittling, and racist, disregarding everything I ask. The pair should be fired and at the least struck from this case as the misconduct irreparably damaged our relationship.

WHEREFORE I ask the Court:

A: Strike Standby Counsels' appearance.

B: Order all records obtained or held by SC for this cased be suppressed and returned to me.

I solemly affirm all statements in this document are true to the best of my knowledge

Certificate of Service

I hereby certify a copy of this document was sent

To the governments attorney by mail on 3/17/2026

David Turner 4458000 401 e Madison st Baltimore MD 21202
David Turner 4458000 legalmail@gmail.com