**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.  ABA-25-0352** |
| | : | |
| **DAVID TURNER** | : | |
| | : | |
| **Defendant** | : | |

**MOTION TO RELEASE COURT PROCEEDING AUDIO RECORDINGS**

Andrew R. Szekely and Sedira Banan, Assistant Public Defenders, hereby move, as standby counsel for David Turner, for a Court Order to release court proceeding audio recordings to standby counsel. In support thereof standby counsel state as follows.

1. The undersigned have been appointed as standby counsel in Mr. Turner's case.

2. Standby counsel seeks the release of all court proceeding audio recordings relating to this case. While transcripts capture the content of courtroom communications, they do not capture a participant's rate, volume, quantity, fluency, and tonality of speech. Audio recordings of Mr. Turner during courtroom proceedings may be relevant to competency assessment and competency litigation.

3. When a court reporter is present, court staff does not release audio recordings absent a court order. Therefore, standby counsel asks this Court to issue an order authorizing the release of court proceeding audio recordings in this case to standby counsel.

Wherefore, standby counsel moves the Court to issue an order authorizing the release of court proceeding audio recordings in this case to standby counsel.

Respectfully submitted,

James Wyda
Federal Public Defender
 for the District of Maryland


_____/s/_____
Andrew R. Szekely
Sedira Banan
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 779-6646
Fax: (410) 962-3976
Email: andrew_szekely@fd.org
        sedira_banan@fd.org