

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Kim Y. Hagan* | *Suite 400* | *Direct: 410-209-4944* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *Main: 410-209-4800* |
| *Kim.Hagan@usdoj.gov* | *Baltimore, MD 21201-3119* | *Fax: 410-962-3124* |

April 6, 2026

The Honorable Adam B. Abelson
United States District Judge
District of Maryland
Edward A. Garmatz United States District Courthouse
101 West Lombard Street
Baltimore, MD  21201

> Re:     <u>United States v. David Turner</u>
>          Criminal No. ABA-25-0352

Dear Judge Abelson:

At the last status conference on March 27, 2026, the Court directed the government to submit a filing by April 6, 2026 regarding the feasibility of providing Mr. Turner an alternative means of reviewing discovery at the courthouse.   Specifically, the Court inquired as to 1) whether the government objects to Mr. Turner reviewing discovery materials at the courthouse without standby counsel present, and 2) whether the government can provide Mr. Turner for his use at the courthouse a clean laptop that contains only those applications or programs necessary to view discovery materials.

First, under the circumstances the government does not object to Mr. Turner reviewing discovery materials without standby counsel.  However, at the status conference, Mr. Turner mentioned he needed to take pictures of certain discovery materials.  The government objects to Mr. Turner taking pictures of discovery materials, printing any discovery materials and maintaining copies of any discovery materials.  Second, all U.S. Attorney's Office laptops are required to comply with Department of Justice-specific configuring.  In other words, all DOJ laptops are preloaded with a version of Microsoft Windows that is modified to meet the needs of the organization, including licensed software, network access and security.  These programs and applications cannot be erased to render the laptop "clean."

If standby counsel can provide such a laptop for Mr. Turner's use at the courthouse, the U.S. Marshals Service indicated that Mr. Turner can review discovery materials in a room without

Rev. August 2018

standby counsel present.  The laptop should not have internet access.

Respectfully,

*Kim Y. Hagan*

Kim Y. Hagan
Jamie O'Donohue
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2026, a copy of this letter was sent via first class mail to David Turner # 4458000, Chesapeake Detention Facility, 401 E. Madison Street, Baltimore, Maryland 21202.

*Kim Y. Hagan*

Kim Y. Hagan
Assistant United States Attorney

Rev. August 2018